IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRANCE WHITE
#129406                                                                                              PLAINTIFF

VS.                                    5:19-CV-00157-BRW-JJV

SAMUEL BAKER, Lieutenant; and
SCOTT, Deputy, Brassell Adult Detention Center                          DEFENDANTS

## ORDER

I have reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, I approve and adopt the Proposed Findings and Recommendations in all respects.

Accordingly, Plaintiff may proceed with his excessive force claim against Defendants Baker and Scott in their individual capacities only. His inadequate medical care and official capacity claims are DISMISSED WITHOUT PREJUDICE for failure to state a plausible claim. I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[1]

IT IS SO ORDERED this 3rd day of July, 2019.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).

1