# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

TERRENCE WHITE,                                                                                    PLAINTIFF
#129406

v.                                            5:19-cv-00157-BRW-JJV

SAMUEL BAKER, Lieutenant; and
SCOTT, Deputy, Brassell Adult Detention Center                                      DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Billy Roy Wilson. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a new hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1.     Why the record made before the Magistrate Judge is inadequate.

2.     Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.     The details of any testimony desired to be introduced at the new hearing in the form

1

of an offer of proof, and a copy or the original of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite A149
>Little Rock, AR 72201-3325

## DISPOSITION

Plaintiff, Terrance White, has filed a *pro se* Amended Complaint, pursuant to 42 U.S.C. § 1983, alleging Defendants violated his constitutional rights at the Brassell Adult Detention Center ("BADC"). (Doc. No. 4.) On June 18, 2019, mail the Court sent to Plaintiff at the BADC was returned undelivered because he had been released from custody without providing a current mailing address. (Doc. No. 7.) On the same day, I entered an Order giving Plaintiff thirty (30) days to update his mailing address and file a new Application to Proceed *In Forma Pauperis*. (Doc. No. 8). I cautioned Plaintiff that I would recommend dismissal if he did not timely do so. (*Id*.) Importantly, Plaintiff received notice, prior to his release from custody, of his obligation to maintain a current mailing address with the Clerk and the consequences of failing to do so. (Doc. No. 3.)

Plaintiff's time to comply with the June 18, 2019 Order has expired. Without a current address, it would be futile to give him an extension of time to comply with my instructions. Thus, this case should be dismissed without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

IT IS, THEREFORE, RECOMMENDED THAT:

1.	The Amended Complaint (Doc. No. 4) be DISMISSED without prejudice.

2.	The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 23rd day of July 2019.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE