IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRANCE WHITE
#129406                                                                                        PLAINTIFF

VS.                              5:19-CV-00157-BRW-JJV

SAMUEL BAKER, Lieutenant; and
SCOTT, Deputy, Brassell Adult Detention Center                          DEFENDANTS

## ORDER

I have reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, I approve and adopt the Proposed Findings and Recommendations in all respects.

Accordingly, this case is DISMISSED WITHOUT PREJUDICE due to a lack of prosecution. I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[1]

IT IS SO ORDERED this 14th day of August, 2019.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).

1