# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**TERRANCE WHITE**
**#129406**                                                                                                                          **PLAINTIFF**

**VS.**                      **5:19-CV-00157-BRW-JJV**

**SAMUEL BAKER, Lieutenant; and**
**SCOTT, Deputy, Brassell Adult Detention Center**               **DEFENDANTS**

## JUDGMENT

Based on the Order entered today, this case is dismissed without prejudice. I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO ORDERED this 14th day of August, 2019.

                                                  Billy Roy Wilson
                                                  UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).